1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **CENTRAL DISTRICT OF CALIFORNIA**

10                                   **WESTERN DIVISION**

11   **LUIS M. GOMEZ,**                          )
                                                 )
12                         **Plaintiff,**        )   **Case  No. CV 08-05115 AJW**
                                                 )
13                **v.**                         )
                                                 )
14   **MICHAEL J. ASTRUE,**                       )        **J U D G M E N T**
     **Commissioner of the Social**              )
15   **Security Administration,**                )
                                                 )
16                         **Defendant.**        )
     _____ )

17

18          **IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant

19   for an award of benefits consistent with the memorandum of decision filed concurrently herewith.

20   February 10, 2010

21

22                                               _____

23                                               ANDREW J. WISTRICH
                                                 United States Magistrate Judge

24

25

26

27

28