**JOEL D. LEIDNER**
*Attorney at Law*
LEIDNER & LEIDNER, A.P.C.
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Bar# 52559
Telephone: (323) 664-5670
Fax: (323) 662-0840
Email: joel.leidner@igc.org

Attorney for Plaintiff
Luis Gomez

ANDRÉ BIROTTE JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK
Special Assistant United States Attorney
CA State Bar No.:131517
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415)977-8935
    Facsimile: (415)744-0134
    Email: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GOMEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　　　Defendant.<br>_____ | Case No: CV 08-05115 AJW<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND COSTS<br>PURSUANT TO 28 U.S.C. §§ 1920<br>AND 2412(d) |

　　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access

to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

assignee, shall be awarded attorney fees under EAJA in the amount of four thousand nine hundred dollars and no cents ($4,900.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: July 07, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge